FILED

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0591

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RANDALL KEITH ORTON,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 20, 2020, within which to prepare, file and serve Appellant's response to the *Ander's* brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 2 2020